# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ryan P. Navratil,                                        **Civil File No.: 11-cv-3485 JNE/SER**

        Petitioner,

v.                                                                       **ORDER**

Lucinda Jesson,
Dennis Benson,

        Respondents.

Ryan P. Navratil, *pro se*, MSOP, 1111 Highway 73, Moose Lake, Minnesota 55767.

Matthew Frank and John Gross, Esqs., Minnesota Attorney General's Office, 445 Minnesota Street, Suite 1800, Saint Paul, Minnesota 55101, for Respondents.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. **IT IS HEREBY ORDERED** that:

1. Navratil's informal Motion for Voluntary Dismissal [Doc. No. 9] is **GRANTED**;

2. Navratil's rights to participate in future class action law suits or habeas corpus petitions are preserved; and

3. Navratil's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

Dated: 3-27-2012

                                                                s/Joan N. Ericksen
                                                                JOAN N. ERICKSEN
                                                                United States District Judge